UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:96CR15-1-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **SCHEDULING ORDER** |
| ) | |
| MALCOLM MALIK ) | |

This matter is before the Court upon Motion of the Government requesting that the Defendant's sentence be reduced pursuant to Rule 35(b), Federal Rules of Criminal Procedure.

The Court has reviewed the Motion filed by the Government and would like to schedule a hearing on the instant motion.

**IT IS, THEREFORE, ORDERED** that**:**

The Bureau of Prisons and the United States Marshals Service is hereby ORDERED to transport and produce the body of MALCOLM MALIK, (USM# 31263-037), for a hearing before this Court on April 21, 2014, at 11:00 AM, before the Honorable Richard L. Voorhees, in the Western District of North Carolina, Statesville Courthouse, 200 West Broad Street, 2nd Floor Courtroom, Statesville, North Carolina, not later than April 4, 2014, and upon completion of the hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, the Defendant, the United States Marshal Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: January 28, 2014

Richard L. Voorhees
United States District Judge